# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2017

### NO. 03-16-00704-CV

**OGCI Training, Inc., Appellant**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and
Ken Paxton, Attorney General of the State of Texas, Appellees**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
### REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on September 27, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings, including an opportunity for appellant to replead. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.